FILED
05/05/2023 mail
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

3:23-cv-378

April 27, 2023
6:02 am

Honorable Judge Jon E DeGuilio

The reason why I am writing this letter is because I am filing a Civil Action suit against the following defendant(s) Pemberton, Imlay, Prather, Baker, Walser, Russell, Hillman and Aslinger all of whom no longer work for the Indiana department of Corrections. I am requesting that the court grant me the right to due process and order Angela Heishman to provide me with the full name and last known home address so that I may serve them my list of Interrogatory questions pertaining to my case. I do not have a lawyer who can obtain the information because I am filing as a pro se

Sincerly

Evan Rollins

Evan Rollins

Evan A Rollins; #167016
NCCF Law Library
P.O. Box A
NEW CASTLE, IN 47362

United States District Court
204 South Main Street
South Bend, IN 46601

**RECEIVED**
4/27/2023
**NCCF LAW LIBRARY**