# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

EVAN ROLLINS

                Plaintiff

    v.

PEMBERTON;
IMLAY;
PRATHER;
BAKER;
WALSER;
RUSSELL;
HILLMAN;
ASLINGER

                Defendants

Civil Action No. 3:23-cv-378

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE as inadvertently opened.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller Jr.

DATE: 7/6/2023                        CHANDA J. BERTA, CLERK OF COURT

                                                          by  s/ S. Jarrell _____
                                                          *Signature of Clerk or Deputy Clerk*